IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY HATTEN,  :
      Petitioner  :
  :
  vs.  : CIVIL NO. 1:CV-11-1904
  :
WARDEN B.A. BLEDSOE,  :
      Respondent  :
  :
  :

*O R D E R*

AND NOW, this 24th day of July, 2012, upon consideration of the report (Doc. 8) of the magistrate judge, filed May 14, 2012, and Plaintiff's objections (Doc. 9) thereto, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The 28 U.S.C. § 2241 petition (Doc. 1) is denied.

    3. Petitioner's petition (Doc. 12) for judgment as a matter of law is denied.

    4. The Clerk of Court shall close this file.

                                      /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge